# ALABAMA COURT OF CRIMINAL APPEALS



February 14, 2025

**CR-2023-0374**
Henry Neal Ferguson III v. Alabama Department of Corrections (Appeal from St. Clair Circuit Court: CV-23-16)

## NOTICE

You are hereby notified that on February 14, 2025, the following action was taken in the above-referenced cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk